FILED 11 FEB '25 15:53 USDC-ORP

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TYLER ROBERT POULTON,<br><br>Defendant. | 3:25-cr-00047-HZ<br><br>**INDICTMENT**<br><br>21 U.S.C. § 841(a)(1) and 841(b)(1)(B)<br><br>Forfeiture Allegation |

### THE GRAND JURY CHARGES:

### COUNT 1
(Possession with Intent to Distribute a Controlled Substance - Fentanyl)
(21 U.S.C. § 841(a)(1) and 841(b)(1)(B))

On or about December 12, 2024, within the District of Oregon, defendant **TYLER ROBERT POULTON** did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide), a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(vi).

### FORFEITURE ALLEGATION
(Controlled Substance Offense)

Upon conviction of the offense in Count 1, defendant **TYLER ROBERT POULTON** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and

any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: February 11, 2025.

A TRUE BILL.

██████████

OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

*/s/ Scott Kerin*

SCOTT M. KERIN, OSB #965128
Assistant United States Attorney

Indictment                                                                                                    Page 2